

## Case Assignment
## Standard Magistrate Assignment

Case number **1:18MJ-82**

Note: Judge determined by charging documentation.

Assigned on 9/27/2018 3:14:58 PM
Transaction ID: 15008

Return